IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Armando J. Garcia,

        Plaintiff,                    No. CIV S-03-2012 FCD CMK P

    vs.

T. Rosario, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C.§ 1983. Plaintiff has requested the appointment of counsel.[1] The court has determined that this case may be appropriate for appointment of counsel.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, (1989). In certain exceptional circumstances, however, the court may

---

[1] Plaintiff's motion to appoint counsel was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c). Plaintiff is cautioned that future failure to properly serve defendants may result in sanctions, such as dismissal of the action.

1

request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990).  In this case the court is not sure whether those exceptional circumstances exist or not.  Therefore, this court will refer this case to the civil rights panel in this district for review.

       Plaintiff is cautioned while the case is under review, he has responsibility to continue to prosecute his action.  The court is not staying the litigation pending the review; rather the review and continued processing of this case will take place at the same time.  No scheduled dates in this litigation have been vacated.  Also, it may ultimately turn out that volunteer counsel may not be procurable for plaintiff's case.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to copy the contents of the file and forward it to the University of California, King Hall Civil Rights Clinic; and

       2. The Civil Rights Clinic shall inform the court of their decision at their earliest convenience.

DATED:  May 18, 2005.

                                    /s/ Craig M. Kellison
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE