IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Armando J. Garcia

      Plaintiff,                    No. CIV S-03-2012 FCD CMK P

   vs.

T. Rosario, et al.,

      Defendants.

_____/      <u>ORDER</u>

      Currently before the court is plaintiff's motion to extend the discovery deadline due to a prison lockdown.

      Good cause appearing, IT IS ORDERED THAT:

      1.    Plaintiff's Emergency Motion for Extension of Time is GRANTED and;

      2.    The discovery deadline is extended to September 12, 2005.

DATED: July 22, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26