IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Armando J. Garcia,

      Plaintiff,                    No. CIV S-03-2012 FCD CMK P

     vs.

T. Rosario, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C.§ 1983. On May 13, 2005, plaintiff requested the appointment of counsel. The court determined that this case may be appropriate for counsel and requested the voluntary assistance of the King Civil Rights Clinic by order filed May 20, 2005. To date, the King Civil Rights Clinic has not responded to the court's order. As the court lacks the authority to require counsel to represent indigent prisoners in § 1983 cases, plaintiff's request must be denied.

///

///

///

///

1

1    IT IS ORDERED that plaintiff's May 13, 2005 request for appointment of counsel
2  (doc. 42) is DENIED without prejudice.

4  DATED: October 24, 2005.

```
                                        Craig M. Kellison
                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE
```