IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO J. GARCIA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**T. ROSARIO, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO. CIV S-03-2012 FCD CMK P<br><br>**ORDER VACATING SCHEDULING ORDER OF APRIL 21, 2005** |

　　　　**IT IS HEREBY ORDERED THAT**, good cause having been shown, the court vacates the Scheduling Order it issued on April 21, 2005.  It will issue a new Scheduling Order after it issues its decision on defendants' pending motion for summary judgment.

January 9, 2006

　　　　　　　　　　　　　　/s/   **CRAIG M. KELLISON**
　　　　　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1